FILED

FEB 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          MB          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR 0505-WQH |
| Plaintiff, | ) ) ) | I N F O R M A T I O N |
| v. | ) ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| LUZ ROSARIO RENDON-AMARO, | ) ) | |
| Defendant. | ) ) ) | |

The United States Attorney charges:

On or about January 23, 2008, within the Southern District of California, defendant LUZ ROSARIO RENDON-AMARO, did knowingly and intentionally import approximately 39.64 kilograms (87.20 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 22, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh:Imperial
2/21/08